INDIANA FORGE AND MACHINE COMPANY *v.* REVIEW BOARD, INDIANA EMPLOYMENT SECURITY DIVISION ET AL.

[No. 17,938. Filed December 23, 1949.]

*Oscar A. Ahlgren,* of Whiting, for appellant.

*J. Emmett McManamon,* Attorney General, *James A. Watson,* Deputy Attorney General, *Glen F. Kline,* Chief Counsel, Ind. Employment Security Div., for appellees.

*Gilliom, Armstrong & Gilliom,* of Indianapolis, *amici curiae.*

DRAPER, C. J.—The controlling facts in this case are like those in *Standard Oil Company (Indiana)* v. *The Review Board of the Indiana Employment Security Division, et al.* (1949), 119 Ind. App. 576, 88 N. E. 2d 567, decided last term.

On the authority of that case, the decision of the Review Board is reversed, and the cause remanded for further proceedings not inconsistent with the views therein expressed.

NOTE.—Reported in 89 N. E. 2d 226.